UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>IAN CURTIS-SHANLEY,<br><div align="right">*Debtor*.</div> | Case No. 23-22314 |
| IAN CURTIS-SHANLEY,<br><div align="right">*Appellant*,</div><br>   v.<br>CAPITAL ONE, N.A., *et al.*<br><div align="right">*Appellees*.</div> | Case No. 25-CV-7508 (KMK)<br><br><div align="center">ORDER</div> |

KENNETH M. KARAS, United States District Judge:

On September 10, 2025, Appellant filed a Notice of Appeal from Bankruptcy Court Order denying a number of his motions. (*See* Dkt. No. 1.) The record was certified as complete on October 2, 2025. (*See* Dkt. No. 5.)

Generally, the Federal Rule of Bankruptcy Procedure ("Rule") 8018 dictates that an appellant serve and file his brief on appeal within 30 days after certification of the record on appeal, that the appellee has 30 days to file a brief in opposition, and that appellant has 14 days to file a reply. *See* Fed. R. Bankr. P. 8018(a)(1). However, the Rule permits the Court to "set[] a different time" for the filing of briefs. *Id.* Accordingly, it is:

ORDERED that Appellant file his brief by no later than January 18, 2026.

ORDERED that Appellees file their responses by no later than February 17, 2026.

ORDERED that Appellant file any reply by no later than March 3, 2026.

The Clerk of Court is respectfully directed to mail a copy of this order to Appellant.

SO ORDERED.

DATED:    December 18, 2025
          White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE