# MEMO ENDORSED

United States District Court

Southern District of New York

---

In re:                                                  Chapter 7

Iain Curtis – Shanley,

      Appellant                          Civil Case #: 7:25-CV-07508-KMK

                                           Bankruptcy Case #: 23-22314-kyp

      v.

Capital One, Credit One Bank, Mission Lane, et al.

      Appellee

---

Letter-Motion to Proceed on Original Record

1

To Judge Karas:

I am the appellant-debtor in this case, and am accordingly proceeding *pro se*, having from my circumstances no realistic option to do otherwise. In recognition of this, the Court was so kind as to award *in forma pauperis* status. I am writing this letter to respectfully request to be allowed to proceed on the original record, pursuant to Federal Rule of Bankruptcy Procedure 8018(e), and also Federal Rule of Appellate Procedure 24(c); in lieu, that is, of the formal Appendix defined in Rule 8018(b).

In accordance with the Chamber Rules of your Honor, I have attached the original motion, and in addition to that, the supplemental answer and the denial, that his Honor may have convenient reference to it. But I request humbly that his Honor will allow, otherwise, reliance upon the original record, which has already been transferred from the Bankruptcy Court to the present one.

The decision that your Honor rendered as to my earlier request for IFP, though entered on the 18th of December, has only been received by around the 3rd of January; I therefore apologize for any delay, but I would wish the Court would know I am proceeding as immediately and without delay as possible, and write this letter-motion only a day or two after first receiving your Honor's response.

From, Iain Curtis – Shanley

*Iain Curtis-Shanley*

Plaintiff's request is granted.  The Clerk of Court is respectfully requested to close the pending motion at Dkt. No. 8.

SO ORDERED.

4/7/2026

2